**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>LYNN C. WILLIAMS<br>      Debtor,<br><br><br>REAL TIME RESOLUTIONS, INC., AS AGENT FOR SOUTHSTAR HOLDING CORP.<br>      Movant,<br>    v.<br><br>LYNN C. WILLIAMS, and<br>KENNETH E. WEST, Chapter 13 Trustee<br>      Respondents. | Bankruptcy No. 24-12389-amc<br><br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on October 22, 2024, I served copies of the Movant, Real Time Resolutions, Inc. as Agent for Southstar Holding Corp.'s Objection to Confirmation of Chapter 13 Plan filed April 12, 2024 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Lynn C Williams<br>282 Hampden Road<br>Upper Darby, PA 19082 | BRAD J. SADEK<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 |
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

      By: /s/*Keri P. Ebeck*
      Keri P. Ebeck, Esq.
      PA I.D. # 91298
      kebeck@bernsteinlaw.com
      601 Grant Street, 9th Floor
      Pittsburgh, PA 15219
      Phone - (412) 456-8112
      Fax - (412) 456-8135

      *Counsel for Real Time Resolutions, Inc. as Agent for Southstar Holding Corp.*