## United States Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)

In re:

**Lynn C Williams**     Case No. 24-12389
                        Chapter 13

_____Debtor(s)_____/

### NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): [ ]     CREDITOR: [X]

Please print the following information:

NAME: **Real Time Resolutions, Inc.**

OLD MAILING ADDRESS: **1349 Empire Central Drive
Suite 150
Dallas, Texas 75247**

NEW MAILING ADDRESS: **1349 Empire Central Drive
Suite 1300
Dallas, Texas 75247**

DATED: 11/04/2025     /s/ Teresa Ngunyi
                     Signature of Debtor or Creditor

                     _____
                     Signature of Joint Debtor (if applicable)

PHONE NUMBER: (888) 741-1124

**All future notices shall be sent to the new mailing address**

(6/1/11)

# United States Bankruptcy Court
# Eastern District of Pennsylvania (Philadelphia)

In re: )

    **Lynn C Williams** )
)
                                            Chapter 13
                                            Case No. 24-12389

Debtors )

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Change of Address upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

**Represented by
Brad J. Sadek
Attorney at Law
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102**

**Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106**

**Lynn C Williams
282 Hampden Road
Upper Darby, PA 19082**

Dated:  11/04/2025

By: /s/ Teresa Ngunyi

Real Time Resolutions, Inc.
1349 Empire Central Suite 1300
Dallas, TX 75247